FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

MAY 24 2010

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF          ) | 8:10MJ118 |
| THE GROUND LEVEL AND UPPER LEVEL    ) | |
| OF THE PREMISES AT 2707 SOUTH 10TH    ) | |
| STREET, OMAHA, NEBRASKA, ANY              ) | |
| OUTBUILDINGS, THE GROUNDS AND ANY  ) | |
| VEHICLES FOUND THERE                              ) | |
|                                                                              ) | |

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 24th day of May, 2010

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: *[signature]*
JOHN E. HIGGINS #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

*[signature]*
THOMAS D. THALKEN
United States Magistrate Judge

DATED: 5/24/10